# United States District Court
## Southern District of Georgia

NICHOLAS GREEN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV416-285

DETECTIVE LINDSEY TALLEY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 25, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED with prejudice and stands CLOSED.

May 25, 2017
*Date*

Scott L. Poff
*Clerk*

*(By)* Deputy Clerk